FILED IN
COURT OF CRIMINAL APPEALS

May 8, 2015

ABEL ACOSTA, CLERK

PD-0553-15

PD-0553-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/7/2015 5:48:41 PM
Accepted 5/8/2015 12:50:12 PM
ABEL ACOSTA
CLERK

## No. 04-14-00070-CR

| | | |
|---|---|---|
| **STEFAN KIRK GAY** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW AND FOR LEAVE TO FILE LATE MOTION TO EXTEND TIME

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Stefan Kirk Gay, Appellant in the above styled and numbered cause, and moves for an extension of time to file a petition for discretionary review, and for good cause shows the following:

1.    On February 25, 2015, the Court of Appeals affirmed appellant's conviction. Stefan Kirk Gay, 04-14-00070-CR. This petition was therefore due on March 27, 2015. Counsel moved for an extension of time to April 24, 2015, but her staff mistakenly filed the motion with the Fourth Court of Appeals, rather than this court. Counsel failed to see the e-mailed notice of April 10, 2015 that the filing had been returned with instructions to file with this court. Counsel failed to complete the petition by April 24, 2015 (her requested due date), but is submitting the petition with this second motion for extension, which counsel mistakenly believed would be within fifteen days of the last date of filing the

petition, in accordance with TEX.RULE APP. PROC. 68.2(c).

2.        Counsel was unable to complete the petition for the following reasons: Due to an extraordinary number of counsel's cases being set for trial in the first part of this year, particularly in April 2015, and an ever-increasing number of court-appointed cases, both trial and appellate, counsel for appellant has not had adequate time complete and submit her petition. Not only has her caseload of court-appointments increased, the number of these cases being tried to a jury has also significantly increased. Counsel has recently taken steps to address this issue by removing herself from the list of court appointed attorneys, and by working extra nights and weekends to meet her responsibilities. Counsel is diligently pursuing this appeal on behalf of her client, despite enormous time constraints, and fully intends effectively represent her client throughout this process.

By way of example: Counsel for defendant was preparing for trial in several complex felony cases all set in the month of April: *State of Texas v. Willie Kizer*, Cause No. 14-1449-CR-A, 25th Judicial District Court, Guadalupe County, set for May 4, 2015 (murder); *State of Texas v. Jesse Hoermann*, Cause No. 14-0904-CR-C, 2nd 25th Judicial District Court, Guadalupe County, set for April 20, 2015 (indecency with a child); *State of Texas v. Joe Manuel Gutierrez*, Cause No. 14-148, Caldwell County, set for April 20, 2015 (Continuous Sexual Abuse of a Child). *State of Texas v. Juan Julian Hernandez*, Cause No. 13-2527-CR-C set

for April 6, 2015. (Continuous Sexual Abuse of a Child).

During the month of April, counsel also was set for trial in six misdemeanor cases, and six additional felony cases.

3.   Defendant is currently free on bond, and counsel is court-appointed. Because counsel intended to file a petition for discretionary review on his behalf, she did not notify him of his right to do so *pro se*.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of until today, May 8, 2015 to file this petition for discretionary review.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657

By:_____
Susan Schoon
State Bar No. 24046803
E-Mail: sschoon@zslawoffice.com
Attorney for Stefan Kirk Gay

## CERTIFICATE OF SERVICE

This is to certify that on May 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Guadalupe County, Texas by facsimile transmission to 830-303-2137, and by U.S. mail to the State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78711.

_____
Susan Schoon